**In the Interest of M.L.S.**

**R.S.F., Respondent,**

v.

**R.Y.S. (Natural Mother), Appellant,**

and

**R.E.O. (Deceased Putative Natural Father) and John Doe (Unknown Natural Father), Defendants.**

**No. WD 60247.**

Missouri Court of Appeals, Western District.

Feb. 5, 2002.

James A. Waits, Kansas City, MO, Attorney for Respondent.

John E. McKay, Kansas City, MO, Attorney for Appellant.

A. Renae Adamson, Kansas City, MO, Attorney for Guardian ad litem.

Before ELLIS, P.J., and EDWIN H. SMITH and HOWARD, JJ.

### Order

PER CURIAM.

R.Y.S. appeals from the trial court's judgment terminating her parental rights as to M.L.S., a minor child.

Judgment affirmed. Rule 84.16(b).